UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILER MURILLO MIRANDA (A-213-066-000)<br>Petitioner,<br>v.<br>WARDEN,<br>Respondent. | No. 1:26-cv-08481-TLN-CSK<br><br>ORDER |

Petitioner is a citizen and native of Honduras proceeding without counsel. On November 19, 2026, this Court recommended that the petition for writ of habeas corpus be granted and petitioner be released from custody. (ECF No. 10.)

On November 17, 2026, petitioner filed a motion to proceed in forma pauperis and paid the court's filing fee. (ECF No. 12.) Because petitioner paid the court's filing fee, his motion to proceed in forma pauperis is denied as moot.

Petitioner also filed a motion for appointment of counsel. (ECF No. 11.) There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). Under 18 U.S.C. § 3006A, the court can appoint counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. Because the Court recommended that the petition be granted, petitioner's motion for appointment of counsel is denied without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis (ECF No. 12) is denied; and
2. Petitioner's motion for appointment of counsel (ECF No. 11) is denied without prejudice.

Dated: November 23, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

1/muri8481.31ifp.2241.imm